**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**

IN RE:                                              )
                                                    )
Danielle McCoy                                      )        Case No.  _____
Kylie McCoy                                         )        Chapter    7_____
                                                    )
                    Debtor.                         )

# PAY ADVICE COVER SHEET

The following pay advice/employee income record information is filed on behalf of the debtor(s):

Pay advices are attached as follows:

| Debtor, Joint Debtor, or Non filing spouse | Employer | Beginning Date | Ending Date |
|---|---|---|---|
| Debtor | Amazon | 10-2025 | 3-2026 |
| Debtor | Spark | 10-2025 | 3-2026 |
| Debtor | DoorDash | 10-2025 | 3-2026 |
| Debtor | Kinglolo | 3-20-26 | 3-20-26 |
| Debtor | United FP CITGO | 10-10-25 | 10-24-25 |
| Joint Debtor | | 10-15-25 | 3-31-26 |
| Joint Debtor | DoorDash | 1-2026 | 1-2026 |

If specific pay advices are not attached, an explanation is required as to why documentation is not attached.

Date:    April 27, 2026

/s/ Paul J Choate - of Counsel
_____
Signature
Paul J Choate - of Counsel #21136
_____
Name
Attorney for Debtor(s)
_____
Address
Oklahoma City, OK 73107-0000
_____
City, State, and Zip Code
405-529-9377
_____
Telephone Number
405-842-4000
_____
Fax Number
chrismudd@chrismudd.com
_____
Email Address
Counsel for
_____

Local Form 1007-1.D                                                    Rev. 2/01/2025

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

Danielle

## Profit & Loss Statement

For Amazon Flex (Name of Business)

Month Ending March 1-31

Income:

1. Your Business Income      $ 66.17
2. Total INCOME      $ 66.17

Business Expenses:

3. Advertising/Marketing      $ 0
4. Credit/Debit Card Fees      $ 0
5. Equipment Rental/Lease      $ 0
6. Insurance Expense      $ 0
7. Licenses/Permits      $ 0
8. Office Supplies Expense      $ 0
9. Postage & Delivery      $ 0
10. Rent – Office/Storage Space, Etc.      $ 0
11. Supplies/Materials Expense      $ 0
12. Travel/Entertainment      $ 0
13. Utilities Expense      $ 0
14. Vehicle Expense      $ 0

Other Business Expenses:

15. Gas      $ 20
16.      $
17.      $
18. Total Operating Expenses      $20
19. Profit or Loss from Business      $ 46.17

## Profit & Loss Statement

For __Amazon Flex__ (Name of Business)

Month Ending __February 1-28__

Income:

1. Your Business Income $433.86
2. Total INCOME $433.86

Business Expenses:

3. Advertising/Marketing $ 6
4. Credit/Debit Card Fees $ 0
5. Equipment Rental/Lease $ 0
6. Insurance Expense $ 0
7. Licenses/Permits $ 0
8. Office Supplies Expense $ 6
9. Postage & Delivery $ 0
10. Rent – Office/Storage Space, Etc. $ 0
11. Supplies/Materials Expense $ 0
12. Travel/Entertainment $ 0
13. Utilities Expense $ 0
14. Vehicle Expense $ 0

Other Business Expenses:

15. __Gas__ $ 56
16. _____ $
17. _____ $
18. Total Operating Expenses $ 60
19. Profit or Loss from Business $ 383.86

Profit & Loss Statement

For __Amazon Flex__ (Name of Business)

Month Ending __January 1-31__

Income:

   1. Your Business Income     $ 159.91

   2. Total INCOME     $ 159.91

Business Expenses:

   3. Advertising/Marketing     $ 0

   4. Credit/Debit Card Fees     $ 0

   5. Equipment Rental/Lease     $ 0

   6. Insurance Expense     $ 0

   7. Licenses/Permits     $ 0

   8. Office Supplies Expense     $ 0

   9. Postage & Delivery     $ 0

   10. Rent – Office/Storage Space, Etc.     $ 0

   11. Supplies/Materials Expense     $ 0

   12. Travel/Entertainment     $ 0

   13. Utilities Expense     $ 0

   14. Vehicle Expense     $ 0

Other Business Expenses:

   15. Gas     $ 20

   16.     $ 0

   17.     $

   18. Total Operating Expenses     $ 20

   19. Profit or Loss from Business     $ 139.91

## Profit & Loss Statement

For _Amazon Flex_ (Name of Business)

Month Ending _December 1-31_

**Income:**

1. Your Business Income          $ 605.05
2. Total INCOME                  $ 605.05

**Business Expenses:**

3. Advertising/Marketing          $ 0
4. Credit/Debit Card Fees         $ 0
5. Equipment Rental/Lease         $ 0
6. Insurance Expense              $ 0
7. Licenses/Permits               $ 0
8. Office Supplies Expense        $ 0
9. Postage & Delivery             $ 0
10. Rent – Office/Storage Space, Etc.   $ 0
11. Supplies/Materials Expense    $ 0
12. Travel/Entertainment          $ 0
13. Utilities Expense             $ 0
14. Vehicle Expense               $ 0

**Other Business Expenses:**

15. Gas                           $ 20
16. _____           $
17. _____           $
18. Total Operating Expenses      $ 20
19. Profit or Loss from Business  $ 585.05

### Profit & Loss Statement

For __Amazon Elex__ (Name of Business)

Month Ending __November 1-30__

Income:

1. Your Business Income      $ 1795.60
2. Total INCOME      $ 1795.60

Business Expenses:

3. Advertising/Marketing      $ 0
4. Credit/Debit Card Fees      $ 0
5. Equipment Rental/Lease      $ 0
6. Insurance Expense      $ 0
7. Licenses/Permits      $ 0
8. Office Supplies Expense      $ 0
9. Postage & Delivery      $ 0
10. Rent – Office/Storage Space, Etc.      $ 0
11. Supplies/Materials Expense      $ 0
12. Travel/Entertainment      $ 0
13. Utilities Expense      $ 0
14. Vehicle Expense      $ 0

Other Business Expenses:

15. Gas      $ 50
16.      $
17.      $
18. Total Operating Expenses      $ 50
19. Profit or Loss from Business      $ 1745.60

Profit & Loss Statement

For _Amazon Flex_ (Name of Business)

Month Ending _October 1-31_

Income:

1. Your Business Income $ 0
2. Total INCOME $ 0

Business Expenses:

3. Advertising/Marketing $ 0
4. Credit/Debit Card Fees $ 0
5. Equipment Rental/Lease $ 0
6. Insurance Expense $ 0
7. Licenses/Permits $ 0
8. Office Supplies Expense $ 0
9. Postage & Delivery $ 0
10. Rent – Office/Storage Space, Etc. $ 0
11. Supplies/Materials Expense $ 0
12. Travel/Entertainment $ 0
13. Utilities Expense $ 0
14. Vehicle Expense $ 0

Other Business Expenses:

15. _____ $ 0
16. _____ $ 0
17. _____ $ 0
18. Total Operating Expenses $ 0
19. Profit or Loss from Business $ 0

Danielle

## Profit & Loss Statement

For _Spark_ (Name of Business)

Month Ending _March 1-31_

**Income:**

| | | |
|---|---|---|
| 1. | Your Business Income | $ 0 |
| 2. | Total INCOME | $ 0 |

**Business Expenses:**

| | | |
|---|---|---|
| 3. | Advertising/Marketing | $ 0 |
| 4. | Credit/Debit Card Fees | $ 0 |
| 5. | Equipment Rental/Lease | $ 0 |
| 6. | Insurance Expense | $ 0 |
| 7. | Licenses/Permits | $ 0 |
| 8. | Office Supplies Expense | $ 0 |
| 9. | Postage & Delivery | $ 0 |
| 10. | Rent – Office/Storage Space, Etc. | $ 0 |
| 11. | Supplies/Materials Expense | $ 0 |
| 12. | Travel/Entertainment | $ 0 |
| 13. | Utilities Expense | $ 0 |
| 14. | Vehicle Expense | $ 0 |

**Other Business Expenses:**

| | | |
|---|---|---|
| 15. | | $ 0 |
| 16. | | $ 0 |
| 17. | | $ 0 |
| 18. | Total Operating Expenses | $ 0 |
| 19. | Profit or Loss from Business | $ 0 |

## Profit & Loss Statement

For _Spark_ (Name of Business)

Month Ending _February 1-28_

Income:

1. Your Business Income    $ 122,44
2. Total INCOME    $ 122,44

Business Expenses:

3. Advertising/Marketing    $ 0
4. Credit/Debit Card Fees    $ 0
5. Equipment Rental/Lease    $ 0
6. Insurance Expense    $ 0
7. Licenses/Permits    $ 0
8. Office Supplies Expense    $ 0
9. Postage & Delivery    $ 0
10. Rent – Office/Storage Space, Etc.    $ 0
11. Supplies/Materials Expense    $ 0
12. Travel/Entertainment    $ 0
13. Utilities Expense    $ 0
14. Vehicle Expense    $ 0

Other Business Expenses:

15. _Gas_    $ 20
16. _____    $ 0
17. _____    $ 0
18. Total Operating Expenses    $ 20
19. Profit or Loss from Business    $ 102,44

## Profit & Loss Statement

For _Spark_ (Name of Business)

Month Ending _January 1-31_

Income:

1. Your Business Income — $ 542.34
2. Total INCOME — $ 542.34

Business Expenses:

3. Advertising/Marketing — $ 0
4. Credit/Debit Card Fees — $ 0
5. Equipment Rental/Lease — $ 0
6. Insurance Expense — $ 0
7. Licenses/Permits — $ 0
8. Office Supplies Expense — $ 0
9. Postage & Delivery — $ 0
10. Rent – Office/Storage Space, Etc. — $ 0
11. Supplies/Materials Expense — $ 0
12. Travel/Entertainment — $ 0
13. Utilities Expense — $ 0
14. Vehicle Expense — $ 0

Other Business Expenses:

15. _Gas_ — $ 50
16. _____ — $ 0
17. _____ — $
18. Total Operating Expenses — $50
19. Profit or Loss from Business — $ 492.34

Profit & Loss Statement

For _Spark_ _____ (Name of Business)

Month Ending _December 1-31_

Income:

1. Your Business Income
2. Total INCOME

$ 658.12
$ 658.12

Business Expenses:

3. Advertising/Marketing — $ 0
4. Credit/Debit Card Fees — $ 0
5. Equipment Rental/Lease — $ 0
6. Insurance Expense — $ 0
7. Licenses/Permits — $ 0
8. Office Supplies Expense — $ 0
9. Postage & Delivery — $ 0
10. Rent – Office/Storage Space, Etc. — $ 0
11. Supplies/Materials Expense — $ 0
12. Travel/Entertainment — $ 0
13. Utilities Expense — $ 0
14. Vehicle Expense — $ 0

Other Business Expenses:

15. Gas — $ 50
16. _____ — $ 0
17. _____ — $ 0
18. Total Operating Expenses — $ 50
19. Profit or Loss from Business — $ 608.12

Profit & Loss Statement

For _Spark_ (Name of Business)

Month Ending _November 1-31_

Income:

1. Your Business Income — $ 85.72
2. Total INCOME — $ 85.72

Business Expenses:

3. Advertising/Marketing — $ 0
4. Credit/Debit Card Fees — $ 0
5. Equipment Rental/Lease — $ 0
6. Insurance Expense — $ 0
7. Licenses/Permits — $ 0
8. Office Supplies Expense — $ 0
9. Postage & Delivery — $ 0
10. Rent – Office/Storage Space, Etc. — $ 0
11. Supplies/Materials Expense — $ 0
12. Travel/Entertainment — $ 0
13. Utilities Expense — $ 0
14. Vehicle Expense — $ 0

Other Business Expenses:

15. _Gas_ — $ 20
16. — $
17. — $
18. Total Operating Expenses — $ 20
19. Profit or Loss from Business — $ 65.72

**Profit & Loss Statement**

For _Spark_ (Name of Business)

Month Ending _October 1-31_

Income:

1. Your Business Income ............ $ 650,41
2. Total INCOME ............ $ 660,41

Business Expenses:

3. Advertising/Marketing ............ $ 0
4. Credit/Debit Card Fees ............ $ 0
5. Equipment Rental/Lease ............ $ 0
6. Insurance Expense ............ $ 0
7. Licenses/Permits ............ $ 0
8. Office Supplies Expense ............ $ 0
9. Postage & Delivery ............ $ 0
10. Rent – Office/Storage Space, Etc. ............ $ 0
11. Supplies/Materials Expense ............ $ 0
12. Travel/Entertainment ............ $ 0
13. Utilities Expense ............ $ 0
14. Vehicle Expense ............ $ 0

Other Business Expenses:

15. _Gas_ ............ $ 50
16. _____ ............ $
17. _____ ............ $
18. Total Operating Expenses ............ $ 50
19. Profit or Loss from Business ............ $ 600.41

Danielle

### Profit & Loss Statement
For _Door Dash_ (Name of Business)

Month Ending _March 1-31_

**Income:**

1. Your Business Income ............................................. $ 0
2. Total INCOME ...................................................... $ 0

**Business Expenses:**

3. Advertising/Marketing ............................................ $ 0
4. Credit/Debit Card Fees .......................................... $ 0
5. Equipment Rental/Lease ......................................... $ 0
6. Insurance Expense ................................................ $ 0
7. Licenses/Permits ................................................. $ 0
8. Office Supplies Expense ......................................... $ 0
9. Postage & Delivery .............................................. $ 0
10. Rent – Office/Storage Space, Etc. ............................. $ 0
11. Supplies/Materials Expense ..................................... $ 0
12. Travel/Entertainment ........................................... $ 0
13. Utilities Expense ................................................ $ 0
14. Vehicle Expense ................................................. $ 0

**Other Business Expenses:**

15. _____ ................................ $ 0
16. _____ ................................ $ 0
17. _____ ................................ $ 0
18. Total Operating Expenses ...................................... $ 0
19. Profit or Loss from Business ................................... $ 0

**Profit & Loss Statement**

For _DoorDash_ (Name of Business)

Month Ending _February 1-28_

Income:

1. Your Business Income      $ 20.40
2. Total INCOME      $ 20.40

Business Expenses:

3. Advertising/Marketing      $ 0
4. Credit/Debit Card Fees      $ 0
5. Equipment Rental/Lease      $ 0
6. Insurance Expense      $ 0
7. Licenses/Permits      $ 0
8. Office Supplies Expense      $ 0
9. Postage & Delivery      $ 0
10. Rent – Office/Storage Space, Etc.      $ 0
11. Supplies/Materials Expense      $ 0
12. Travel/Entertainment      $ 0
13. Utilities Expense      $ 0
14. Vehicle Expense      $ 0

Other Business Expenses:

15. _____      $ 0
16. _____      $ 0
17. _____      $ 0
18. Total Operating Expenses      $ 0
19. Profit or Loss from Business      $ 20.40

### Profit & Loss Statement

For ___Door Dash___ (Name of Business)

Month Ending ___January 1-31___

Income:

1. Your Business Income      $ 20.30
2. Total INCOME      $ 20.30

Business Expenses:

3. Advertising/Marketing      $ 0
4. Credit/Debit Card Fees      $ 0
5. Equipment Rental/Lease      $ 0
6. Insurance Expense      $ 0
7. Licenses/Permits      $ 0
8. Office Supplies Expense      $ 0
9. Postage & Delivery      $ 0
10. Rent – Office/Storage Space, Etc.      $ 0
11. Supplies/Materials Expense      $ 0
12. Travel/Entertainment      $ 0
13. Utilities Expense      $ 0
14. Vehicle Expense      $ 0

Other Business Expenses:

15. _____      $ 0
16. _____      $ 0
17. _____      $ 0
18. Total Operating Expenses      $ 0
19. Profit or Loss from Business      $ 20.30

## Profit & Loss Statement

For __DoorDash__ (Name of Business)

Month Ending __December 1-31__

Income:

1. Your Business Income     $ __175.97__
2. Total INCOME     $ __175.97__

Business Expenses:

3. Advertising/Marketing     $ __0__
4. Credit/Debit Card Fees     $ __0__
5. Equipment Rental/Lease     $ __0__
6. Insurance Expense     $ __0__
7. Licenses/Permits     $ __0__
8. Office Supplies Expense     $ __0__
9. Postage & Delivery     $ __0__
10. Rent – Office/Storage Space, Etc.     $ __0__
11. Supplies/Materials Expense     $ __0__
12. Travel/Entertainment     $ __0__
13. Utilities Expense     $ __0__
14. Vehicle Expense     $ __0__

Other Business Expenses:

15. __Gas__     $ __20__
16. _____     $ __10__
17. _____     $ __0__
18. Total Operating Expenses     $ __20__
19. Profit or Loss from Business     $ __155.97__

## Profit & Loss Statement

For __DoorDash__ (Name of Business)

Month Ending __November 1-31__

Income:

1. Your Business Income ............................................... $ 0
2. Total INCOME ......................................................... $ 0

Business Expenses:

3. Advertising/Marketing ............................................ $ 0
4. Credit/Debit Card Fees .......................................... $ 0
5. Equipment Rental/Lease ........................................ $ 0
6. Insurance Expense ............................................... $ 0
7. Licenses/Permits .................................................. $ 0
8. Office Supplies Expense ........................................ $ 0
9. Postage & Delivery ............................................... $ 0
10. Rent – Office/Storage Space, Etc. .......................... $ 0
11. Supplies/Materials Expense ................................... $ 0
12. Travel/Entertainment ............................................ $ 0
13. Utilities Expense .................................................. $ 0
14. Vehicle Expense .................................................. $ 0

Other Business Expenses:

15. _____ $ 0
16. _____ $ 0
17. _____ $ 0
18. Total Operating Expenses ...................................... $ 0
19. Profit or Loss from Business .................................. $ 0

## Profit & Loss Statement

For ___Dour Dash___ (Name of Business)

Month Ending ___October 1-31___

Income:

1. Your Business Income          $ 0
2. Total INCOME                  $ 0

Business Expenses:

3. Advertising/Marketing          $ 0
4. Credit/Debit Card Fees         $ 0
5. Equipment Rental/Lease         $ 0
6. Insurance Expense              $ 0
7. Licenses/Permits               $ 0
8. Office Supplies Expense        $ 0
9. Postage & Delivery             $ 0
10. Rent – Office/Storage Space, Etc.   $ 0
11. Supplies/Materials Expense    $ 0
12. Travel/Entertainment          $ 0
13. Utilities Expense             $ 0
14. Vehicle Expense               $ 0

Other Business Expenses:

15. _____              $ 0
16. _____              $ 0
17. _____              $ 0
18. Total Operating Expenses     $ 0
19. Profit or Loss from Business $ 0

**KINSLOW SDI NO. 1, LLC**
507 N JIM THORPE BLVD
PRAGUE OK 74864

**DANIELLE MCCOY**
DEPARTMENT: 110
DD RECEIPT: 1053812109
EMPLOYEE ID:

**Paycor**
A Paychex Company

FEIN: 73-1605416
Pay Period  03/01/2026 - 03/15/2026
Pay Date   03/20/2026

**FITWH   Filing Status: M**
**OK     Filing Status: M Exemptions: 0 + $10.00**

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Hourly | 8.00 | 14.65 | 117.20 | 14.65 | 117.20 |
| TIPS MAT | | | 19.03 | | 19.03 |
| TIPS REP | | | 3.00 | | 3.00 |
| Total | | 14.65 | $139.23 | 14.65 | $139.23 |
| Total Hours Worked | | 14.65 | | 14.65 | |

| Taxes | CURRENT | YTD |
|---|---|---|
| MED | 2.02 | 2.02 |
| SOC | 8.63 | 8.63 |
| OK | 10.00 | 10.00 |
| Total | $20.65 | $20.65 |

**Net Pay**                                    $115.58

---

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY**

**KINSLOW SDI NO. 1, LLC**
507 N JIM THORPE BLVD
PRAGUE OK 74864

Direct Deposit #  1053812109
Date     03/20/2026

Pay this Amount

** N O N - N E G O T I A B L E ** D I R E C T  D E P O S I T  R E C E I P T **          VOID ** VOID **

110   DD

DIRECT DEPOSIT $115.58
TO ACCOUNT #
BANK #

Pay to the
Order of

**DANIELLE MCCOY**
8906 OAK VALLEY DR
OKLAHOMA CITY OK 73110

**N O N - N E G O T I A B L E**

# Earnings Statement

**MCCOY, DANIELLE LOUISE**

| | |
|---|---|
| Pay Date: | 10/10/2025 |
| Period Start: | 09/21/2025 |
| Period End: | 10/04/2025 |

Company: 10U68 - UNITED FP MANAGEMENT LLC
5316 HWY 290 WEST
AUSTIN TX 78735

Emp #:
Dept: 70 - Operations - Clubs

Pay Basis: Hourly

| Earnings | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| Regular | 12.00 | 19.88 | 238.56 | 4735.06 |
| Regular | 10.00 | 6.02 | 60.20 | 0.00 |
| Spc Event Hrs | 10.00 | 0.00 | 0.00 | 32.50 |
| **Gross Pay** | | 25.90 | 298.76 | 4767.56 |

| W/H Taxes | | | Current Period | Year To Date |
|---|---|---|---|---|
| Federal W/H(M) | | | 0.00 | 0.00 |
| Medicare | | | 4.33 | 69.13 |
| Social Security | | | 18.52 | 295.59 |
| Oklahoma State W/H(S/0) | | | 0.00 | 70.00 |

**Deductions**

| | | | Current Period | Year To Date | |
|---|---|---|---|---|---|
| **Net Pay** | | | 275.91 | 4332.84 | Voucher No. 414397DD |

**Net Pay Distribution**

| | | Current Period | Year To Date | |
|---|---|---|---|---|
| Direct Deposit Net Check | | 275.91 | 4332.84 | A/C |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Floating Holiday (Hours) | 0.00 | 0.00 | 0.00 | 0.00 |

| Hour Detail | Date | Pay Code | Labor Allocation | Rate | Total Hours |
|---|---|---|---|---|---|
| | 09/21 | Regular | Operations - Clubs - Oklahoma City, OK (NW Expressway) - | 12.00 | 4.79 |
| | 09/24 | Regular | Operations - Clubs - Oklahoma City, OK (NW Expressway) - | 12.00 | 7.57 |
| | 09/25 | Regular | Operations - Clubs - Oklahoma City, OK (NW Expressway) - | 12.00 | 7.52 |
| | 10/04 | Regular | Operations - Clubs - Oklahoma City, OK (NW Expressway) - | 10.00 | 6.02 |

Voucher No. 414397DD

UNITED FP MANAGEMENT LLC
5316 West HWY 290
STE 400
AUSTIN, TX 78735
Dept: 70

DATE: 10/10/2025

**Net Pay:** **275.91**

Two Hundred Seventy Five And 91/100 Dollars

MCCOY, DANIELLE LOUISE
8906 OAK VALLEY DR
OKLAHOMA CITY, OK 73110

For Record Purposes Only
**\*\*NON-NEGOTIABLE\*\***

Ear~ ~ ~

**MCCOY, DANIELLE LOUISE**

**1 of 2**

Company: 10U68 - UNITED FP MANAGEMENT LLC
5316 HWY 290 WEST
AUSTIN TX 78735

Emp #:

Dept: 70 - Operations - Clubs

Period End:    10/18/2025

Pay Basis: Hourly

| | | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|---|
| **Earnings** | | | | | |
| Regular | | 10.00 | 20.71 | 207.10 | 4942.16 |
| Spc Event Hrs | | 10.00 | 0.00 | 0.00 | 32.50 |
| | **Gross Pay** | | 20.71 | 207.10 | 4974.66 |
| **W/H Taxes** | | | | | |
| Federal W/H(M) | | | | 0.00 | 0.00 |
| Medicare | | | | 3.00 | 72.13 |
| Social Security | | | | 12.84 | 308.43 |
| Oklahoma State W/H(S/0) | | | | 0.00 | 70.00 |
| **Deductions** | | | | | |
| | **Net Pay** | | | 191.26 | 4524.10 Voucher No. 416802DD |
| **Net Pay Distribution** | | | | | |
| Direct Deposit Net Check | | | | 191.26 | 4524.10 A/C |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Floating Holiday (Hours) | 0.00 | 0.00 | 0.00 | 0.00 |

| Hour Detail | Date | Pay Code | Labor Allocation | Rate | Total Hours |
|---|---|---|---|---|---|
| | 10/05 | Regular | Operations - Clubs - Oklahoma City, OK (NW Expressway) - | 10.00 | 5.17 |
| | 10/11 | Regular | Operations - Clubs - Oklahoma City, OK (NW Expressway) - | 10.00 | 4.12 |
| | 10/12 | Regular | Operations - Clubs - Oklahoma City, OK (NW Expressway) - | 10.00 | 5.10 |
| | 10/18 | Regular | Operations - Clubs - Oklahoma City, OK (NW Expressway) - | 10.00 | 6.32 |

Voucher No. 416802DD

UNITED FP MANAGEMENT LLC
5316 West HWY 290
STE 400
AUSTIN, TX 78735
Dept: 70

DATE: 10/24/2025

**Net Pay:**                                                    **191.26**

One Hundred Ninety One And 26/100 Dollars

MCCOY, DANIELLE LOUISE
8906 OAK VALLEY DR
OKLAHOMA CITY, OK  73110

For Record Purposes Only
**\*\*NON-NEGOTIABLE\*\***

Case: 26-11376    Doc: 4    Filed: 04/27/26    Page: 23 of 37

| Name | | Company Code | Personnel No. | Band | /Level | Period End | Check Date | Check No. |
|------|--|--------------|---------------|------|--------|------------|------------|-----------|
| Kylie Mccoy | | 1037 | | NEBANDFK | /1 | 03/31/2026 | 03/31/2026 | |

| Earnings | Rate | Hours | Current | Year-to-Date | Tax Withholding | | Current | Year-to-Date |
|----------|------|-------|---------|--------------|-----------------|---|---------|--------------|
| Sal Base | | 96,00 | 1.958,33 | 11.749,98 | . FED    W/H    EE | | 25,00- | 150,00- |
| ShiftSal | 0,75 | 80,00 | 60,00 | 332,25 | . FED    OASDI EE | | 115,75- | 790,75- |
| ShiftSal | 1,13 | 0,50 | 0,57 | 6,22 | . FED    MedcarEE | | 27,07- | 184,93- |
| BonusSal | | | | 1.026,00 | . OK    W/H    EE | | 61,00- | 401,00- |
| SaOT1.5x | 33,8928 | 0,50 | 16,95 | 423,66 | . Total Taxes | | 228,82- | 1.526,68- |
| Sa OT 1x | | | | 112,98 | . | | | |
| SpOTSal | | | | 115,94 | . Taxable Gross | | | |
| Total Earnings | | | 2.035,85 | 13.767,03 | .          EEGTLTax | | 8,37 | 50,22 |
| | | | | | . FED    W/H tax | | 1.805,94 | 12.375,29 |
| | | | | | . FED    OASDI EE | | 1.867,02 | 12.754,05 |
| | | | | | . FED    Medic EE | | 1.867,02 | 12.754,05 |
| | | | | | . OK    W/H tax | | 1.805,94 | 12.375,29 |
| | | | | | . | | | |
| | | | | | . Deductions | | | |
| | | | | | . RASPBTx | | 61,08- | 378,76- |
| | | | | | . SaLifBTx | | 10,58- | 63,48- |
| | | | | | . SaMedBTx | | 151,50- | 909,00- |
| | | | | | . SDentBTx | | 9,00- | 54,00- |
| | | | | | . SVisBTx | | 6,12- | 36,72- |
| | | | | | . Total Deductions | | 238,28- | 1.441,96- |
| | | | | | . | | | |
| | | | | | . Net Pay | | 1.568,75 | |

**CITGO**

| Name | Company Code | Personnel No. | Band /Level | Period End | Check Date | Check No. |
|------|--------------|---------------|-------------|------------|------------|-----------|
| Kylie Mccoy | 1037 | | NEBANDFK /1 | 03/15/2026 | 03/13/2026 | |

| Earnings | Rate | Hours | Current | Year-to-Date |
|----------|------|-------|---------|--------------|
| Sal Base | | 80,00 | 1.958,33 | 9.791,65 |
| ShiftSal | 0,75 | 67,00 | 50,25 | 272,25 |
| ShiftSal | | | | 5,65 |
| BonusSal | | | 1.026,00 | 1.026,00 |
| SaOT1.5x | | | | 406,71 |
| Sa OT 1x | 22,5952 | 5,00 | 112,98 | 112,98 |
| SpOTSal | | | | 115,94 |
| Total Earnings | | | 2.121,56 | 11.731,18 |

| Tax Withholding | | Current | Year-to-Date |
|-----------------|---|---------|--------------|
| FED | W/H EE | 25,00- | 125,00- |
| FED | OASDI EE | 121,07- | 675,00- |
| FED | MedcarEE | 28,31- | 157,86- |
| OK | W/H EE | 65,00- | 340,00- |
| Total Taxes | | 239,38- | 1.297,86- |

| Taxable Gross | | Current | Year-to-Date |
|---------------|---|---------|--------------|
| EEGTLTax | | 8,37 | 41,85 |
| FED | W/H tax | 1.889,08 | 10.569,35 |
| FED | OASDI EE | 1.952,73 | 10.887,03 |
| FED | Medic EE | 1.952,73 | 10.887,03 |
| OK | W/H tax | 1.889,08 | 10.569,35 |

| Deductions | Current | Year-to-Date |
|------------|---------|--------------|
| RASPBTx | 63,65- | 317,68- |
| SaLifBTx | 10,58- | 52,90- |
| SaMedBTx | 151,50- | 757,50- |
| SDentBTx | 9,00- | 45,00- |
| SVisBTx | 6,12- | 30,60- |
| Total Deductions | 240,85- | 1.203,68- |

| Net Pay | 1.641,33 |
|---------|----------|

Case: 26-11376    Doc: 4    Filed: 04/27/26    Page: 25 of 37

| Name | Company Code | Personnel No. | Band | /Level | Period End | Check Date | Check No. |
|---|---|---|---|---|---|---|---|
| Kylie Mccoy | 1037 | | NEBANDFK | /1 | 03/12/2026 | 03/12/2026 | |

| Earnings | Rate | Hours | Current | Year-to-Date | Tax Withholding | | Current | Year-to-Date |
|---|---|---|---|---|---|---|---|---|
| Sal Base | | | | 7.833,32 | . | W/H EE | | 100,00- |
| ShiftSal | | | | 222,00 | . FED | OASDI EE | 70,80- | 553,93- |
| ShiftSal | | | | 5,65 | . FED | MedcarEE | 16,56- | 129,55- |
| BonusSal | | | 1.026,00 | 1.026,00 | . OK | W/H EE | 7,00- | 275,00- |
| SaOT1.5x | | | | 406,71 | . Total Taxes | | 94,36- | 1.058,48- |
| SpOTSal | | | 115,94 | 115,94 | . | | | |
| Total Earnings | | | 1.141,94 | 9.609,62 | . Taxable Gross | | | |
| | | | | | . | EEGTLTax | | 33,48 |
| | | | | | . FED | W/H tax | 1.141,94 | 8.680,27 |
| | | | | | . FED | OASDI EE | 1.141,94 | 8.934,30 |
| | | | | | . FED | Medic EE | 1.141,94 | 8.934,30 |
| | | | | | . OK | W/H tax | 1.141,94 | 8.680,27 |
| | | | | | . | | | |
| | | | | | . Deductions | | | |
| | | | | | . RASPBTx | | | 254,03- |
| | | | | | . SaLifBTx | | | 42,32- |
| | | | | | . SaMedBTx | | | 606,00- |
| | | | | | . SDentBTx | | | 36,00- |
| | | | | | . SVisBTx | | | 24,48- |
| | | | | | . | | | 962,83- |
| | | | | | . | | | |
| | | | | | . Net Pay | | 1.047,58 | |

Case: 26-11376    Doc: 4    Filed: 04/27/26    Page: 26 of 37

**CITGO**

| Name | | Company Code | Personnel No. | Band | /Level | Period End | Check Date | Check No. |
|---|---|---|---|---|---|---|---|---|
| Kylie Mccoy | | 1037 | | NEBANDFK | /1 | 02/28/2026 | 02/27/2026 | |

| Earnings | Rate | Hours | Current | Year-to-Date | Tax Withholding | | Current | Year-to-Date |
|---|---|---|---|---|---|---|---|---|
| Sal Base | | 80,00 | 1.958,33 | 7.833,32 | . FED W/H EE | | 25,00- | 100,00- |
| ShiftSal | 0,75 | 80,00 | 60,00 | 222,00 | . FED OASDI EE | | 125,53- | 483,13- |
| ShiftSal | 1,13 | 5,00 | 5,65 | 5,65 | . FED MedcarEE | | 29,36- | 112,99- |
| SaOT1.5x | 33,8928 | 5,00 | 169,46 | 406,71 | . OK W/H EE | | 68,00- | 268,00- |
| Total Earnings | | | 2.193,44 | 8.467,68 | . Total Taxes | | 247,89- | 964,12- |
| | | | | | . | | | |
| | | | | | . Taxable Gross | | | |
| | | | | | . EEGTLTax | | 8,37 | 33,48 |
| | | | | | . FED W/H tax | | 1.958,81 | 7.538,33 |
| | | | | | . FED OASDI EE | | 2.024,61 | 7.792,36 |
| | | | | | . FED Medic EE | | 2.024,61 | 7.792,36 |
| | | | | | . OK W/H tax | | 1.958,81 | 7.538,33 |
| | | | | | . | | | |
| | | | | | . Deductions | | | |
| | | | | | . RASPBTx | | 65,80- | 254,03- |
| | | | | | . SaLifBTx | | 10,58- | 42,32- |
| | | | | | . SaMedBTx | | 151,50- | 606,00- |
| | | | | | . SDentBTx | | 9,00- | 36,00- |
| | | | | | . SVisBTx | | 6,12- | 24,48- |
| | | | | | . Total Deductions | | 243,00- | 962,83- |
| | | | | | . | | | |
| | | | | | . Net Pay | | 1.702,55 | |

Case: 26-11376    Doc: 4    Filed: 04/27/26    Page: 27 of 37

| Name | Company Code | Personnel No. | Band /Level | Period End | Check Date | Check No. |
|------|-------------|--------------|-------------|-----------|-----------|-----------|
| Kylie Mccoy | 1037 | | NEBANDFK /1 | 02/15/2026 | 02/13/2026 | |

| Earnings | Rate | Hours | Current | Year-to-Date | Tax Withholding | | Current | Year-to-Date |
|----------|------|-------|---------|--------------|-----------------|--|---------|--------------|
| Sal Base | | 80,00 | 1.958,33 | 5.874,99 | . FED | W/H    EE | 25,00- | 75,00- |
| ShiftSal | 0,75 | 80,00 | 60,00 | 162,00 | . FED | OASDI EE | 114,67- | 357,60- |
| SaOT1.5x | | | | 237,25 | . FED | MedcarEE | 26,82- | 83,63- |
| Total Earnings | | | 2.018,33 | 6.274,24 | . OK | W/H    EE | 60,00- | 200,00- |
| | | | | | . Total Taxes | | 226,49- | 716,23- |
| | | | | | . | | | |
| | | | | | . Taxable Gross | | | |
| | | | | | . | EEGTLTax | 8,37 | 25,11 |
| | | | | | . FED | W/H tax | 1.788,95 | 5.579,52 |
| | | | | | . FED | OASDI EE | 1.849,50 | 5.767,75 |
| | | | | | . FED | Medic EE | 1.849,50 | 5.767,75 |
| | | | | | . OK | W/H tax | 1.788,95 | 5.579,52 |
| | | | | | . | | | |
| | | | | | . Deductions | | | |
| | | | | | . RASPBTx | | 60,55- | 188,23- |
| | | | | | . SaLifBTx | | 10,58- | 31,74- |
| | | | | | . SaMedBTx | | 151,50- | 454,50- |
| | | | | | . SDentBTx | | 9,00- | 27,00- |
| | | | | | . SVisBTx | | 6,12- | 18,36- |
| | | | | | . Total Deductions | | 237,75- | 719,83- |
| | | | | | . | | | |
| | | | | | . Net Pay | | 1.554,09 | |

Case: 26-11376    Doc: 4    Filed: 04/27/26    Page: 28 of 37

| Name | Company Code | Personnel No. | Band /Level | Period End | Check Date | Check No. |
|------|--------------|---------------|-------------|------------|------------|-----------|
| Kylie Mccoy | 1037 | | NEBANDFK /1 | 01/31/2026 | 01/30/2026 | |

| Earnings | Rate | Hours | Current | Year-to-Date | Tax Withholding | | Current | Year-to-Date |
|----------|------|-------|---------|--------------|-----------------|---|---------|--------------|
| Sal Base | | 88,00 | 1.958,33 | 3.916,66 | . FED W/H EE | | 25,00- | 50,00- |
| ShiftSal | 0,75 | 56,00 | 42,00 | 102,00 | . FED OASDI EE | | 113,55- | 242,93- |
| SaOT1.5x | | | | 237,25 | . FED MedcarEE | | 26,55- | 56,81- |
| Total Earnings | | | 2.000,33 | 4.255,91 | . OK W/H EE | | 64,00- | 140,00- |
| | | | | | . Total Taxes | | 229,10- | 489,74- |
| | | | | | . | | | |
| | | | | | . Taxable Gross | | | |
| | | | | | . EEGTLTax | | 8,37 | 16,74 |
| | | | | | . FED W/H tax | | 1.771,49 | 3.790,57 |
| | | | | | . FED OASDI EE | | 1.831,50 | 3.918,25 |
| | | | | | . FED Medic EE | | 1.831,50 | 3.918,25 |
| | | | | | . OK W/H tax | | 1.771,49 | 3.790,57 |
| | | | | | . | | | |
| | | | | | ._Deductions | | | |
| | | | | | . RASPBTx | | 60,01- | 127,68- |
| | | | | | . SaLifBTx | | 10,58- | 21,16- |
| | | | | | . SaMedBTx | | 151,50- | 303,00- |
| | | | | | . SDentBTx | | 9,00- | 18,00- |
| | | | | | . SVisBTx | | 6,12- | 12,24- |
| | | | | | . Total Deductions | | 237,21- | 482,08- |
| | | | | | . | | | |
| | | | | | . Net Pay | | 1.534,02 | |

Case: 26-11376    Doc: 4    Filed: 04/27/26    Page: 29 of 37

| Name | | Company Code | Personnel No. | Band | /Level | Period End | Check Date | Check No. |
|---|---|---|---|---|---|---|---|---|
| Kylie Mccoy | | 1037 | | NEBANDFK | /1 | 01/15/2026 | 01/15/2026 | |

| Earnings | Rate | Hours | Current | Year-to-Date | Tax Withholding | | | Current | Year-to-Date |
|---|---|---|---|---|---|---|---|---|---|
| Sal Base | | 88,00 | 1.958,33 | 1.958,33 | . FED | W/H | EE | 25,00- | 25,00- |
| ShiftSal | 0,75 | 80,00 | 60,00 | 60,00 | . FED | OASDI | EE | 129,38- | 129,38- |
| SaOT1.5x | 33,8928 | 7,00 | 237,25 | 237,25 | . FED | MedcarEE | | 30,26- | 30,26- |
| Total Earnings | | | 2.255,58 | 2.255,58 | . OK | W/H | EE | 76,00- | 76,00- |
| | | | | | . Total Taxes | | | 260,64- | 260,64- |
| | | | | | . | | | | |
| | | | | | . Taxable Gross | | | | |
| | | | | | . | EEGTLTax | | 8,37 | 8,37 |
| | | | | | . FED | W/H tax | | 2.019,08 | 2.019,08 |
| | | | | | . FED | OASDI EE | | 2.086,75 | 2.086,75 |
| | | | | | . FED | Medic EE | | 2.086,75 | 2.086,75 |
| | | | | | . OK | W/H tax | | 2.019,08 | 2.019,08 |
| | | | | | . | | | | |
| | | | | | . Deductions | | | | |
| | | | | | . RASPBTx | | | 67,67- | 67,67- |
| | | | | | . SaLifBTx | | | 10,58- | 10,58- |
| | | | | | . SaMedBTx | | | 151,50- | 151,50- |
| | | | | | . SDentBTx | | | 9,00- | 9,00- |
| | | | | | . SVisBTx | | | 6,12- | 6,12- |
| | | | | | . Total Deductions | | | 244,87- | 244,87- |
| | | | | | . | | | | |
| | | | | | . Net Pay | | | 1.750,07 | |

Case: 26-11376   Doc: 4   Filed: 04/27/26   Page: 30 of 37

CITGO

| Name | Company Code | Personnel No. | Band /Level | Period End | Check Date | Check No. |
|---|---|---|---|---|---|---|
| Kylie Mccoy | 1037 | | NEBANDFK /1 | 12/31/2025 | 12/31/2025 | |

| Earnings | Rate | Hours | Current | Year-to-Date |
|---|---|---|---|---|
| Sal Base | | 96,00 | 1.958,33 | 25.458,29 |
| ShiftSal | 0,75 | 88,00 | 66,00 | 144,00 |
| ShiftSal | 1,13 | 12,00 | 13,56 | 37,29 |
| BonusSal | | | | 372,00 |
| PrzAGrUp | | | | 85,79 |
| SaOT1.5x | 33,8928 | 5,00 | 169,46 | 3.084,25 |
| Sa OT 1x | | | | 813,43 |
| Total Earnings | | | 2.207,35 | 29.995,05 |

| Tax Withholding | Current | Year-to-Date |
|---|---|---|
| . FED   W/H   EE | 25,00- | 343,87- |
| . FED   OASDI EE | 127,72- | 1.768,51- |
| . FED   MedcarEE | 29,87- | 413,60- |
| . OK    W/H   EE | 75,00- | 1.048,00- |
| . Total Taxes | 257,59- | 3.573,98- |
| . | | |
| . Taxable Gross | | |
| .          EEGTLTax | 8,37 | 86,34 |
| . FED   W/H tax | 1.993,80 | 27.826,72 |
| . FED   OASDI EE | 2.060,02 | 28.524,39 |
| . FED   Medic EE | 2.060,02 | 28.524,39 |
| . OK    W/H tax | 1.993,80 | 27.826,72 |
| . | | |
| . Deductions | | |
| . RASPBTx | 66,22- | 697,67- |
| . SaLifBTx | 10,58- | 105,80- |
| . SaMedBTx | 130,00- | 1.300,00- |
| . SDentBTx | 9,00- | 90,00- |
| . SVisBTx | 6,12- | 61,20- |
| . PAOffSet | | 56,35- |
| . Total Deductions | 221,92- | 2.311,02- |
| . | | |
| . Net Pay | 1.727,84 | |

Case: 26-11376    Doc: 4    Filed: 04/27/26    Page: 31 of 37

| Name | | | Company Code | | Personnel No. | Band | /Level | | Period End | Check Date | Check No. |
|------|--|--|--------------|--|---------------|------|--------|--|------------|------------|-----------|
| Kylie Mccoy | | | 1037 | | | NEBANDFK | /1 | | 12/18/2025 | 12/18/2025 | |

| Earnings | Rate | Hours | Current | Year-to-Date | Tax Withholding | | | Current | Year-to-Date |
|----------|------|-------|---------|--------------|-----------------|--|--|---------|--------------|
| Sal Base | | | | 23.499,96 | . | W/H | EE | | 318,87- |
| ShiftSal | | | | 78,00 | . FED | OASDI | EE | 23,06- | 1.640,79- |
| ShiftSal | | | | 23,73 | . FED | MedcarEE | | 5,39- | 383,73- |
| BonusSal | | | 372,00 | 372,00 | . | W/H | EE | | 973,00- |
| PrzAGrUp | | | | 85,79 | . Total Taxes | | | 28,45- | 3.316,39- |
| SaOT1.5x | | | | 2.914,79 | . | | | | |
| Sa OT 1x | | | | 813,43 | . Taxable Gross | | | | |
| Total Earnings | | | 372,00 | 27.787,70 | . | EEGTLTax | | | 77,97 |
| | | | | | . FED | W/H tax | | 372,00 | 25.832,92 |
| | | | | | . FED | OASDI | EE | 372,00 | 26.464,37 |
| | | | | | . FED | Medic EE | | 372,00 | 26.464,37 |
| | | | | | . OK | W/H tax | | 372,00 | 25.832,92 |
| | | | | | . | | | | |
| | | | | | . Deductions | | | | |
| | | | | | . RASPBTx | | | | 631,45- |
| | | | | | . SaLifBTx | | | | 95,22- |
| | | | | | . SaMedBTx | | | | 1.170,00- |
| | | | | | . SDentBTx | | | | 81,00- |
| | | | | | . SVisBTx | | | | 55,08- |
| | | | | | . PAOffSet | | | | 56,35- |
| | | | | | . | | | | 2.089,10- |
| | | | | | . | | | | |
| | | | | | . Net Pay | | | 343,55 | |

Case: 26-11376    Doc: 4    Filed: 04/27/26    Page: 32 of 37

**CITGO**

| Name | | Company Code | Personnel No. | Band | /Level | Period End | Check Date | Check No. |
|---|---|---|---|---|---|---|---|---|
| Kylie Mccoy | | 1037 | | NEBANDFK | /1 | 12/15/2025 | 12/15/2025 | |

| Earnings | Rate | Hours | Current | Year-to-Date | Tax Withholding | | | Current | Year-to-Date |
|---|---|---|---|---|---|---|---|---|---|
| Sal Base | | 88,00 | 1.958,33 | 23.499,96 | . FED | W/H | EE | 43,87- | 318,87- |
| ShiftSal | 0,75 | 64,00 | 48,00 | 78,00 | . FED | OASDI | EE | 150,49- | 1.617,73- |
| ShiftSal | 1,13 | 7,00 | 7,91 | 23,73 | . FED | MedcarEE | | 35,20- | 378,34- |
| PrzAGrUp | | | 85,79 | 85,79 | . OK | W/H | EE | 92,00- | 973,00- |
| SaOT1.5x | 33,8928 | 14,00 | 474,50 | 2.914,79 | . Total Taxes | | | 321,56- | 3.287,94- |
| Sa OT 1x | | | | 813,43 | . | | | | |
| Total Earnings | | | 2.574,53 | 27.415,70 | . Taxable Gross | | | | |
| | | | | | . | EEGTLTax | | 8,37 | 77,97 |
| | | | | | . FED | W/H tax | | 2.352,54 | 25.460,92 |
| | | | | | . FED | OASDI EE | | 2.427,20 | 26.092,37 |
| | | | | | . FED | Medic EE | | 2.427,20 | 26.092,37 |
| | | | | | . OK | W/H tax | | 2.352,54 | 25.460,92 |
| | | | | | . | | | | |
| | | | | | . Deductions | | | | |
| | | | | | . RASPBTx | | | 74,66- | 631,45- |
| | | | | | . SaLifBTx | | | 10,58- | 95,22- |
| | | | | | . SaMedBTx | | | 130,00- | 1.170,00- |
| | | | | | . SDentBTx | | | 9,00- | 81,00- |
| | | | | | . SVisBTx | | | 6,12- | 55,08- |
| | | | | | . PAOffSet | | | 56,35- | 56,35- |
| | | | | | . Total Deductions | | | 286,71- | 2.089,10- |
| | | | | | . | | | | |
| | | | | | . Net Pay | | | 1.966,26 | |

Case: 26-11376    Doc: 4    Filed: 04/27/26    Page: 33 of 37

| Name | Company Code | Personnel No. | Band /Level | Period End | Check Date | Check No. |
|------|--------------|---------------|-------------|------------|------------|-----------|
| Kylie Mccoy | 1037 | | NEBANDFK /1 | 11/30/2025 | 11/26/2025 | |

| Earnings | Rate | Hours | Current | Year-to-Date |
|----------|------|-------|---------|--------------|
| Sal Base | | 80,00 | 1.958,33 | 21.541,63 |
| ShiftSal | 0,75 | 40,00 | 30,00 | 30,00 |
| ShiftSal | 1,13 | 14,00 | 15,82 | 15,82 |
| SaOT1.5x | 33,8928 | 7,00 | 237,25 | 2.440,29 |
| Sa OT 1x | 22,5952 | 7,00 | 158,17 | 813,43 |
| Total Earnings | | | 2.399,57 | 24.841,17 |

| Tax Withholding | | Current | Year-to-Date |
|-----------------|--|---------|--------------|
| . FED W/H EE | | 25,00- | 275,00- |
| . FED OASDI EE | | 139,64- | 1.467,24- |
| . FED MedcarEE | | 32,65- | 343,14- |
| . OK W/H EE | | 84,00- | 881,00- |
| . Total Taxes | | 281,29- | 2.966,38- |
| . | | | |
| . Taxable Gross | | | |
| . EEGTLTax | | 8,37 | 69,60 |
| . FED W/H tax | | 2.180,25 | 23.108,38 |
| . FED OASDI EE | | 2.252,24 | 23.665,17 |
| . FED Medic EE | | 2.252,24 | 23.665,17 |
| . OK W/H tax | | 2.180,25 | 23.108,38 |
| . | | | |
| . Deductions | | | |
| . RASPBTx | | 71,99- | 556,79- |
| . SaLifBTx | | 10,58- | 84,64- |
| . SaMedBTx | | 130,00- | 1.040,00- |
| . SDentBTx | | 9,00- | 72,00- |
| . SVisBTx | | 6,12- | 48,96- |
| . Total Deductions | | 227,69- | 1.802,39- |
| . | | | |
| . Net Pay | | 1.890,59 | |

Case: 26-11376   Doc: 4   Filed: 04/27/26   Page: 34 of 37

| Name | Company Code | Personnel No. | Band | /Level | Period End | Check Date | Check No. |
|------|--------------|---------------|------|--------|------------|------------|-----------|
| Kylie Mccoy | 1037 | | NEBANDFK | /1 | 11/15/2025 | 11/14/2025 | |

| Earnings | Rate | Hours | Current | Year-to-Date | Tax Withholding | | Current | Year-to-Date |
|----------|------|-------|---------|--------------|-----------------|---|---------|--------------|
| Sal Base | | 80,00 | 1.958,33 | 19.583,30 | . FED W/H EE | | 25,00- | 250,00- |
| SaOT1.5x | 33,8928 | 23,00 | 779,53 | 2.203,04 | . FED OASDI EE | | 176,02- | 1.327,60- |
| Sa OT 1x | 22,5952 | 11,00 | 248,55 | 655,26 | . FED MedcarEE | | 41,17- | 310,49- |
| Total Earnings | | | 2.986,41 | 22.441,60 | . OK W/H EE | | 111,00- | 797,00- |
| | | | | | . Total Taxes | | 353,19- | 2.685,09- |
| | | | | | . | | | |
| | | | | | . Taxable Gross | | | |
| | | | | | . EEGTLTax | | 8,37 | 61,23 |
| | | | | | . FED W/H tax | | 2.749,49 | 20.928,13 |
| | | | | | . FED OASDI EE | | 2.839,08 | 21.412,93 |
| | | | | | . FED Medic EE | | 2.839,08 | 21.412,93 |
| | | | | | . OK W/H tax | | 2.749,49 | 20.928,13 |
| | | | | | . | | | |
| | | | | | . Deductions | | | |
| | | | | | . RASPBTx | | 89,59- | 484,80- |
| | | | | | . SaLifBTx | | 10,58- | 74,06- |
| | | | | | . SaMedBTx | | 130,00- | 910,00- |
| | | | | | . SDentBTx | | 9,00- | 63,00- |
| | | | | | . SVisBTx | | 6,12- | 42,84- |
| | | | | | . Total Deductions | | 245,29- | 1.574,70- |
| | | | | | . | | | |
| | | | | | . Net Pay | | 2.387,93 | |

Case: 26-11376    Doc: 4    Filed: 04/27/26    Page: 35 of 37

**CITGO**

| Name | | Company Code | Personnel No. | Band /Level | Period End | Check Date | Check No. |
|---|---|---|---|---|---|---|---|
| Kylie Mccoy | | 1037 | | NEBANDFK /1 | 10/31/2025 | 10/31/2025 | |

| Earnings | Rate | Hours | Current | Year-to-Date | Tax Withholding | | Current | Year-to-Date |
|---|---|---|---|---|---|---|---|---|
| Sal Base | | 96,00 | 1.958,33 | 17.624,97 | . FED W/H EE | | 25,00- | 225,00- |
| SaOT1.5x | | | | 1.423,51 | . FED OASDI EE | | 129,09- | 1.151,58- |
| Sa OT 1x | 22,5952 | 12,00 | 271,14 | 406,71 | . FED MedcarEE | | 30,19- | 269,32- |
| Total Earnings | | | 2.229,47 | 19.455,19 | . OK W/H EE | | 76,00- | 686,00- |
| | | | | | . Total Taxes | | 260,28- | 2.331,90- |
| | | | | | . | | | |
| | | | | | . Taxable Gross | | | |
| | | | | | . EEGTLTax | | 8,37 | 52,86 |
| | | | | | . FED W/H tax | | 2.015,26 | 18.178,64 |
| | | | | | . FED OASDI EE | | 2.082,14 | 18.573,85 |
| | | | | | . FED Medic EE | | 2.082,14 | 18.573,85 |
| | | | | | . OK W/H tax | | 2.015,26 | 18.178,64 |
| | | | | | . | | | |
| | | | | | . Deductions | | | |
| | | | | | . RASPBTx | | 66,88- | 395,21- |
| | | | | | . SaLifBTx | | 10,58- | 63,48- |
| | | | | | . SaMedBTx | | 130,00- | 780,00- |
| | | | | | . SDentBTx | | 9,00- | 54,00- |
| | | | | | . SVisBTx | | 6,12- | 36,72- |
| | | | | | . Total Deductions | | 222,58- | 1.329,41- |
| | | | | | . | | | |
| | | | | | . Net Pay | | 1.746,61 | |

Case: 26-11376    Doc: 4    Filed: 04/27/26    Page: 36 of 37

**CITGO**

| Name | Company Code | Personnel No. | Band /Level | Period End | Check Date | Check No. |
|------|-------------|---------------|-------------|------------|------------|-----------|
| Kylie Mccoy | 1037 | | NEBANDFK /1 | 10/15/2025 | 10/15/2025 | |

| Earnings | Rate | Hours | Current | Year-to-Date | Tax Withholding | | Current | Year-to-Date |
|----------|------|-------|---------|--------------|-----------------|--|---------|--------------|
| Sal Base | | 88,00 | 1.958,33 | 15.666,64 | . FED | W/H | EE | 25,00- | 200,00- |
| SaOT1.5x | | | | 1.423,51 | . FED | OASDI EE | | 117,89- | 1.022,49- |
| Sa OT 1x | 22,5952 | 4,00 | 90,38 | 135,57 | . FED | MedcarEE | | 27,57- | 239,13- |
| Total Earnings | | | 2.048,71 | 17.225,72 | . OK | W/H | EE | 68,00- | 610,00- |
| | | | | | . Total Taxes | | | 238,46- | 2.071,62- |
| | | | | | . | | | | |
| | | | | | . Taxable Gross | | | | |
| | | | | | . | EEGTLTax | | 8,37 | 44,49 |
| | | | | | . FED | W/H tax | | 1.839,92 | 16.163,38 |
| | | | | | . FED | OASDI EE | | 1.901,38 | 16.491,71 |
| | | | | | . FED | Medic EE | | 1.901,38 | 16.491,71 |
| | | | | | . OK | W/H tax | | 1.839,92 | 16.163,38 |
| | | | | | . | | | | |
| | | | | | . Deductions | | | | |
| | | | | | . RASPBTx | | | 61,46- | 328,33- |
| | | | | | . SaLifBTx | | | 10,58- | 52,90- |
| | | | | | . SaMedBTx | | | 130,00- | 650,00- |
| | | | | | . SDentBTx | | | 9,00- | 45,00- |
| | | | | | . SVisBTx | | | 6,12- | 30,60- |
| | | | | | . Total Deductions | | | 217,16- | 1.106,83- |
| | | | | | . | | | | |
| | | | | | . Net Pay | | | 1.593,09 | |

Kylie

## Profit & Loss Statement

For  Door Dash  (Name of Business)

Month Ending  January 1-31

Income:

1. Your Business Income                                    $ 91.20
2. Total INCOME                                           $ 91.20

Business Expenses:

3. Advertising/Marketing                                  $ 0
4. Credit/Debit Card Fees                                 $ 0
5. Equipment Rental/Lease                                 $ 0
6. Insurance Expense                                      $ 0
7. Licenses/Permits                                       $ 0
8. Office Supplies Expense                                $ 0
9. Postage & Delivery                                     $ 0
10. Rent – Office/Storage Space, Etc.                     $ 0
11. Supplies/Materials Expense                            $ 0
12. Travel/Entertainment                                  $ 0
13. Utilities Expense                                     $ 0
14. Vehicle Expense                                       $ 0

Other Business Expenses:

15. Gas                                                   $ 20
16.                                                       $ 0
17.                                                       $ 0
18. Total Operating Expenses                              $ 20
19. Profit or Loss from Business                          $ 71.20