# Notice Recipients

District/Off: 1087–5          User: admin          Date Created: 04/27/2026

Case: 26–11376          Form ID: 309A          Total: 31

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db          Danielle McCoy          8906 Oak Valley Drive          Oklahoma City, OK 73110

jdb          Kylie McCoy          8906 Oak Valley Drive          Oklahoma City, OK 73110

ust          United States Trustee          United States Trustee          215 Dean A. McGee Ave., 4th Floor          Oklahoma City, OK 73102

tr          Kim Kramer          BK Law PLLC          123 W 7th Ave Ste 202          Stillwater, OK 74074–4029

aty          Paul Jared Choate          Chris Mudd & Associates, PLLC          3904 N.W. 23rd St          Oklahoma City, OK 73107

smg          Oklahoma Employment Security Commission          PO Box 53039          Oklahoma City, OK 73152–3039

7035261          Bethany College          421 N 1st Street          Lindsborg KS 67456

7035262          Bethcollege          421 N 1st          Lindsborg KS 67456

7035263          Capital One          AttN: Bankruptcy          Po Box 30285          Salt Lake City UT 84130

7035264          Communication FCU          Attn: Bankruptcy          4141 Nw Expressway, Ste 200          Oklahoma OK 73116

7035265          Credence Resource Management, LLC          Attn: Bankruptcy          Po Box 2300          Southgate MI 48195

7035266          Credit One Bank          Attn: Bankruptcy Department          6801 Cimarron Rd          Las Vegas NV 89113

7035267          Edfinancial Services L          Pob 60610          Harrisburg PA 17106

7035268          First Fidelity Bank          Attn: Bankruptcy          Po Box 32282          Oklahoma City OK 73123

7035269          First National Bank          Attn: Tina          1620 Dodge St Mailstop 4440          Omaha NE 68197

7035270          Fst Midwest          PO Box Midwest 10600          Oklahoma City OK 73140

7035272          INTEGRIS          PO BOX 268908          Oklahoma City OK 73126

7035271          Ians Enterprise Llc          c/o Amanda R Blackwood          PO Box 6921          Oklahoma City OK 73153

7035273          Internal Revenue Service          55 N. Robinson          Stop 5024          Oklahoma City OK 73102

7035274          Kikoff          Attn: Bankruptcy          75 Broadway Suite 226          San Fransico CA 94111

7035275          Midland Credit Management          c/o Country Wide Debt Relief          350 Camino De La Renia, Suite 100          San Diego CA 92108

7035276          Midland Credit Mgmt          Attn: Bankruptcy          Po Box 939069          San Diego CA 92193

7035277          National Credit Systems, Inc.          Attn: Bankruptcy          P.O. Box 672288          Atlanta GA 30006

7035278          Oklahoma A&A Clinic          75 NE 13th Street          OK 73104

7035279          Preferred Credit Inc          628 Roosevelt          St Cloud MN 56301

7035280          Pro Collect, Inc          Attn: Bankruptcy          12170 N Abrams Road, Ste 100          Dallas TX 75243

7035281          Rose State College          6420 S. E. 15th          Oklahoma City OK 73110

7035282          SSM Health          P. O. Box 28205          Saint Louis MO 63132

7035283          The Bureaus Inc          Attn: Bankruptcy          711 N Edgewood Ave Suite 200          Wood Dale IL 60191

7035284          U.S. Department of Education          Attn: Bankruptcy          400 Maryland Avenue , Sw          Washington DC 20202

7035285          Walmart Credit Services/Capital One          Attn: Bankruptcy          Po Box 30285          Salt Lake City UT 84130

TOTAL: 31