United States Bankruptcy Court

Western District of Oklahoma

In re:

Danielle McCoy

Kylie McCoy

    Debtors

Case No. 26-11376-SAH

Chapter 7

# CERTIFICATE OF NOTICE

District/off: 1087-5      User: admin      Page 1 of 2

Date Rcvd: Apr 28, 2026      Form ID: 309A      Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db/jdb | + | Danielle McCoy, Kylie McCoy, 8906 Oak Valley Drive, Oklahoma City, OK 73110-7454 |
| 7035261 | + | Bethany College, 421 N 1st Street, Lindsborg KS 67456-1897 |
| 7035262 | + | Bethcollege, 421 N 1st, Lindsborg KS 67456-1897 |
| 7035267 | + | Edfinancial Services L, Pob 60610, Harrisburg PA 17106-0610 |
| 7035270 | | Fst Midwest, PO Box Midwest 10600, Oklahoma City OK 73140 |
| 7035271 | + | Ians Enterprise Llc, c/o Amanda R Blackwood, PO Box 6921, Oklahoma City OK 73153-0921 |
| 7035278 | | Oklahoma A&A Clinic, 75 NE 13th Street, OK 73104 |
| 7035281 | + | Rose State College, 6420 S. E. 15th, Oklahoma City OK 73110-2799 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| aty | | Email/Text: paul@chrismudd.com | Apr 28 2026 21:22:00 | Paul Jared Choate, Chris Mudd & Associates, PLLC, 3904 N.W. 23rd St, Oklahoma City, OK 73107 |
| tr | | EDI: QKKRAMER | Apr 29 2026 01:17:00 | Kim Kramer, BK Law PLLC, 123 W 7th Ave Ste 202, Stillwater, OK 74074-4029 |
| smg | | Email/Text: bankruptcy@oesc.state.ok.us | Apr 28 2026 21:22:00 | Oklahoma Employment Security Commission, PO Box 53039, Oklahoma City, OK 73152-3039 |
| ust | + | Email/Text: USTPRegion20.OC.ECF@usdoj.gov | Apr 28 2026 21:22:00 | United States Trustee, United States Trustee, 215 Dean A. McGee Ave., 4th Floor, Oklahoma City, OK 73102-3479 |
| 7035263 | + | EDI: CAPITALONE.COM | Apr 29 2026 01:17:00 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City UT 84130-0285 |
| 7035264 | + | Email/Text: cmims@comfedcu.org | Apr 28 2026 21:22:00 | Communication FCU, Attn: Bankruptcy, 4141 Nw Expressway, Ste 200, Oklahoma OK 73116-1683 |
| 7035265 | + | Email/Text: bankruptcy@credencerm.com | Apr 28 2026 21:22:00 | Credence Resource Management, LLC, Attn: Bankruptcy, Po Box 2300, Southgate MI 48195-4300 |
| 7035266 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 28 2026 21:22:02 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas NV 89113-2273 |
| 7035269 | | Email/Text: collecadminbankruptcy@fnni.com | Apr 28 2026 21:22:00 | First National Bank, Attn: Tina, 1620 Dodge St Mailstop 4440, Omaha NE 68197 |
| 7035268 | + | Email/Text: BANKRUPTCY@FIRST-FIDELITY.COM | Apr 28 2026 21:22:00 | First Fidelity Bank, Attn: Bankruptcy, Po Box 32282, Oklahoma City OK 73123-0482 |
| 7035273 | + | EDI: IRS.COM | Apr 29 2026 01:17:00 | Internal Revenue Service, 55 N. Robinson, Stop 5024, Oklahoma City OK 73102-9229 |

District/off: 1087-5 | User: admin | Page 2 of 2
Date Rcvd: Apr 28, 2026 | Form ID: 309A | Total Noticed: 29

| 7035274 | + Email/Text: bankruptcy@kikoff.com | Apr 28 2026 21:22:00 | Kikoff, Attn: Bankruptcy, 75 Broadway Suite 226, San Fransico CA 94111-1458 |
| 7035275 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 28 2026 21:22:00 | Midland Credit Management, c/o Country Wide Debt Relief, 350 Camino De La Renia, Suite 100, San Diego CA 92108-3007 |
| 7035276 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 28 2026 21:22:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego CA 92193-9069 |
| 7035277 | Email/Text: bankruptcy@nationalcreditsystems.com | Apr 28 2026 21:22:00 | National Credit Systems, Inc., Attn: Bankruptcy, P.O. Box 672288, Atlanta GA 30006 |
| 7035279 | Email/Text: banko@preferredcredit.com | Apr 28 2026 21:22:00 | Preferred Credit Inc, 628 Roosevelt, St Cloud MN 56301 |
| 7035280 | Email/Text: clientinformation@procollect.com | Apr 28 2026 21:22:00 | Pro Collect, Inc, Attn: Bankruptcy, 12170 N Abrams Road, Ste 100, Dallas TX 75243 |
| 7035282 | + Email/Text: bankruptcynotifications@ssmhealth.com | Apr 28 2026 21:22:00 | SSM Health, P. O. Box 28205, Saint Louis MO 63132-0205 |
| 7035283 | + EDI: Q3GTBI | Apr 29 2026 01:17:00 | The Bureaus Inc, Attn: Bankruptcy, 711 N Edgewood Ave Suite 200, Wood Dale IL 60191-1254 |
| 7035284 | + Email/Text: edbknotices@ecmc.org | Apr 28 2026 21:22:00 | U.S. Department of Education, Attn: Bankruptcy, 400 Maryland Avenue , Sw, Washington DC 20202-0008 |
| 7035285 | + EDI: CAPITALONE.COM | Apr 29 2026 01:17:00 | Walmart Credit Services/Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City UT 84130-0285 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| 7035272 | ##+ | INTEGRIS, PO BOX 268908, Oklahoma City OK 73126-8908 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 30, 2026          Signature:          /s/Gustava Winters

<table>
<tr><td colspan="2"><strong>Information to identify the case:</strong></td><td></td></tr>
</table>

| | | |
|---|---|---|
| Debtor 1 | **Danielle McCoy** | Social Security number or ITIN **xxx–xx–9143** |
| | First Name    Middle Name    Last Name | EIN $\_\_\_$–$_____$ |
| Debtor 2 (Spouse, if filing) | **Kylie McCoy** | Social Security number or ITIN **xxx–xx–1331** |
| | First Name    Middle Name    Last Name | EIN $\_\_\_$–$_____$ |
| United States Bankruptcy Court **Western District of Oklahoma** | | Date case filed for chapter **7    4/27/26** |
| Case number: **26–11376** – SAH | | |

Official Form 309A (For Individuals or Joint Debtors)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code.
An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Danielle McCoy | | Kylie McCoy |
| 2. | **All other names used in the last 8 years** | aka Danielle Louise McCoy, aka Danielle L McCoy, aka Danielle Long | | aka Kylie Reanne McCoy, aka Kylie R McCoy |
| 3. | **Address** | 8906 Oak Valley Drive Oklahoma City, OK 73110 | | 8906 Oak Valley Drive Oklahoma City, OK 73110 |
| 4. | **Debtor's attorney** Name and address | Paul Jared Choate Chris Mudd & Associates, PLLC 3904 N.W. 23rd St Oklahoma City, OK 73107 | | Contact phone 405–529–9377 Email: paul@chrismudd.com |
| 5. | **Bankruptcy trustee** Name and address | Kim Kramer BK Law PLLC 123 W 7th Ave Ste 202 Stillwater, OK 74074–4029 | | Contact phone 405–377–8185 Email: trustee@okbklaw.com |

**For more information, see page 2 >**

Debtor  **Danielle McCoy**  and  **Kylie McCoy**                                                 Case number **26–11376**

| 6. | **Bankruptcy clerk's office** | 215 Dean A. McGee<br>Oklahoma City, OK 73102 | Hours open: 8:30am – 4:30pm |
|---|---|---|---|
| | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | | Contact phone (405) 609–5700<br><br>Date: 4/27/26 |
| 7. | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 27, 2026 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 303 265 9045, and Passcode 0600197562, OR call 1–405–390–7763**<br><br>For additional meeting information go to https://www.justice.gov/ust/moc |
| 8. | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C. § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** 7/27/26 |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

**A Photo ID is required to enter the building. Weapons, including pocket knives, and cellphones are not permitted in the building.**