Certificate Number: 03621-OKW-DE-041020168

Bankruptcy Case Number: 26-11376



03621-OKW-DE-041020168

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 26, 2026, at 8:09 o'clock PM EDT, Kylie R Mccoy completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Western District of Oklahoma.

Date:   May 26, 2026                          By:      /s/Barbara Molina

Name:   Barbara Molina

Title:   Credit Counselor