**FILED**

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF OKLAHOMA

JUN 0 1 2026

DOUGLAS E. WEDGE
CLERK, U.S. BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA
BY:_____DEPUTY

IN RE:                                          )
Danielle McCoy, and                             )
Kylie McCoy                                     )        Case No.   26-11376-SAH_____
                                                )        Chapter    7___
                                                )
                                                )
              Debtor.                           )

☐ **Check if address should also be changed in an adversary proceeding (list all that apply)**

**Adversary No. and Title:** _____

## NOTICE OF CHANGE OF ADDRESS

**OLD ADDRESS:**

Ians Enterprise Llc_____
      (Name)

PO Box 6921_____
      (Street Address or P.O. Box)

Oklahoma City OK 73153-0921_____
      (City, State, Zip Code)

**NEW ADDRESS:**

Ian's Enterprise LLC_____
      (Name)

9450 SW Gemini Dr Ste 39525_____
      (Street Address or P.O. Box)

Beaverton, OR 97008-7105_____
      (City, State, Zip Code)

Date: 05/22/2026_____

/s/ Ian Rupert, as manager _____
Creditor's Signature (if pro se)
Printed Name:  Ian Rupert for Ian's Enterprise LLC

_____
Joint Debtor's Signature (if pro se and applicable)
Printed Name: _____

Local Form 9010-1.H                                          Rev. 09/01/2024

| Pro se Creditor Signature block | Attorney Signature block |
|---|---|

<table>
<tr><td>9450 SW Gemini Dr Ste 39525</td><td>s/</td></tr>
<tr><td>Creditor(s) Address<br>Beaverton, OR 97008-7105</td><td></td></tr>
<tr><td>City, State, and Zip Code<br>(405) 622-8679</td><td>Attorney's Name - Bar Number</td></tr>
<tr><td>Telephone Number<br>(405) 622-8677</td><td>Address</td></tr>
<tr><td>Fax Number<br>Support@IansEnterprise.com</td><td>City, State, and Zip Code</td></tr>
<tr><td>Email Address</td><td>Telephone Number</td></tr>
<tr><td></td><td>Fax Number</td></tr>
<tr><td></td><td>Email Address<br>Counsel for</td></tr>
</table>

Local Form 9010-1.H                                    Rev. 09/01/2024

Ian's Enterprise, LLC
9450 SW Gemini Dr. #39525
Beaverton OR 97008

0014064858000011



United States Bankruptcy Court
Western District of Oklahoma
215 Dean A. McGee Ave Suite 147
Attn: Court Clerk
Oklahoma City OK 73102
USA