# Notice Recipients

| | | |
|---|---|---|
| District/Off: 1087–5 | User: admin | Date Created: 07/28/2026 |
| Case: 26–11376 | Form ID: 318 | Total: 31 |

**Recipients of Notice of Electronic Filing:**
ust     United States Trustee        Ustpregion20.oc.ecf@usdoj.gov
aty     Paul Jared Choate        paul@chrismudd.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Danielle McCoy        8906 Oak Valley Drive        Oklahoma City, OK 73110
jdb         Kylie McCoy        8906 Oak Valley Drive        Oklahoma City, OK 73110
tr          Kim Kramer        BK Law PLLC        123 W 7th Ave Ste 202        Stillwater, OK 74074–4029
cr          Ian's Enterprise LLC        9450 SW Gemini Dr Ste 39525        Beaverton, OR 39525
7035261     Bethany College        421 N 1st Street        Lindsborg KS 67456
7035262     Bethcollege        421 N 1st        Lindsborg KS 67456
7035263     Capital One        AttN: Bankruptcy        Po Box 30285        Salt Lake City UT 84130
7035264     Communication FCU        Attn: Bankruptcy        4141 Nw Expressway, Ste 200        Oklahoma OK 73116
7035265     Credence Resource Management, LLC        Attn: Bankruptcy        Po Box 2300        Southgate MI 48195
7035266     Credit One Bank        Attn: Bankruptcy Department        6801 Cimarron Rd        Las Vegas NV 89113
7035267     Edfinancial Services L        Pob 60610        Harrisburg PA 17106
7035268     First Fidelity Bank        Attn: Bankruptcy        Po Box 32282        Oklahoma City OK 73123
7035269     First National Bank        Attn: Tina        1620 Dodge St Mailstop 4440        Omaha NE 68197
7035270     Fst Midwest        PO Box Midwest 10600        Oklahoma City OK 73140
7035272     INTEGRIS        PO BOX 268908        Oklahoma City OK 73126
7035271     Ians Enterprise Llc        c/o Amanda R Blackwood        PO Box 6921        Oklahoma City OK 73153
7035273     Internal Revenue Service        55 N. Robinson        Stop 5024        Oklahoma City OK 73102
7035274     Kikoff        Attn: Bankruptcy        75 Broadway Suite 226        San Fransico CA 94111
7035275     Midland Credit Management        c/o Country Wide Debt Relief        350 Camino De La Renia, Suite 100        San Diego CA 92108
7035276     Midland Credit Mgmt        Attn: Bankruptcy        Po Box 939069        San Diego CA 92193
7035277     National Credit Systems, Inc.        Attn: Bankruptcy        P.O. Box 672288        Atlanta GA 30006
7035278     Oklahoma A&A Clinic        75 NE 13th Street        OK 73104
7035279     Preferred Credit Inc        628 Roosevelt        St Cloud MN 56301
7035280     Pro Collect, Inc        Attn: Bankruptcy        12170 N Abrams Road, Ste 100        Dallas TX 75243
7035281     Rose State College        6420 S. E. 15th        Oklahoma City OK 73110
7035282     SSM Health        P. O. Box 28205        Saint Louis MO 63132
7035283     The Bureaus Inc        Attn: Bankruptcy        711 N Edgewood Ave Suite 200        Wood Dale IL 60191
7035284     U.S. Department of Education        Attn: Bankruptcy        400 Maryland Avenue , Sw        Washington DC 20202
7035285     Walmart Credit Services/Capital One        Attn: Bankruptcy        Po Box 30285        Salt Lake City UT 84130

TOTAL: 29