United States Bankruptcy Court

Western District of Oklahoma

In re:

Danielle McCoy

Kylie McCoy

Debtors

Case No. 26-11376-SAH

Chapter 7

# CERTIFICATE OF NOTICE

District/off: 1087-5 | User: admin | Page 1 of 3

Date Rcvd: Jul 29, 2026 | Form ID: 318 | Total Noticed: 27

The following symbols are used throughout this certificate:

**Symbol** | **Definition**

+ Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++ Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

## Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Danielle McCoy, Kylie McCoy, 8906 Oak Valley Drive, Oklahoma City, OK 73110-7454 |
| cr | ++ | IAN S ENTERPRISE LLC, 9450 SW GEMINI DR #39525, BEAVERTON OR 97008-7105 address filed with court:, Ian's Enterprise LLC, 9450 SW Gemini Dr Ste 39525, Beaverton, OR 39525 |
| 7035261 | + | Bethany College, 421 N 1st Street, Lindsborg KS 67456-1897 |
| 7035262 | + | Bethcollege, 421 N 1st, Lindsborg KS 67456-1897 |
| 7035267 | + | Edfinancial Services L, Pob 60610, Harrisburg PA 17106-0610 |
| 7035270 | | Fst Midwest, PO Box Midwest 10600, Oklahoma City OK 73140 |
| 7035271 | + | Ians Enterprise Llc, c/o Amanda R Blackwood, PO Box 6921, Oklahoma City OK 73153-0921 |
| 7035278 | | Oklahoma A&A Clinic, 75 NE 13th Street, OK 73104 |
| 7035281 | + | Rose State College, 6420 S. E. 15th, Oklahoma City OK 73110-2799 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | | EDI: QKKRAMER | Jul 30 2026 01:31:00 | Kim Kramer, BK Law PLLC, 123 W 7th Ave Ste 202, Stillwater, OK 74074-4029 |
| 7035263 | + | EDI: CAPITALONE.COM | Jul 30 2026 01:31:00 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City UT 84130-0285 |
| 7035264 | + | Email/Text: cmims@comfedcu.org | Jul 29 2026 21:35:00 | Communication FCU, Attn: Bankruptcy, 4141 Nw Expressway, Ste 200, Oklahoma OK 73116-1683 |
| 7035265 | + | Email/Text: bankruptcy@credencerm.com | Jul 29 2026 21:35:00 | Credence Resource Management, LLC, Attn: Bankruptcy, Po Box 2300, Southgate MI 48195-4300 |
| 7035266 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 29 2026 21:36:33 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas NV 89113-2273 |
| 7035269 | | Email/Text: collecadminbankruptcy@fnni.com | Jul 29 2026 21:35:00 | First National Bank, Attn: Tina, 1620 Dodge St Mailstop 4440, Omaha NE 68197 |
| 7035268 | + | Email/Text: BANKRUPTCY@FIRST-FIDELITY.COM | Jul 29 2026 21:35:00 | First Fidelity Bank, Attn: Bankruptcy, Po Box 32282, Oklahoma City OK 73123-0482 |
| 7035273 | + | EDI: IRS.COM | Jul 30 2026 01:31:00 | Internal Revenue Service, 55 N. Robinson, Stop 5024, Oklahoma City OK 73102-9229 |
| 7035274 | + | Email/Text: bankruptcy@kikoff.com | Jul 29 2026 21:35:00 | Kikoff, Attn: Bankruptcy, 75 Broadway Suite 226, San Fransico CA 94111-1458 |
| 7035275 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 29 2026 21:35:00 | Midland Credit Management, c/o Country Wide Debt Relief, 350 Camino De La Renia, Suite 100, San Diego CA 92108-3007 |

District/off: 1087-5                     User: admin                          Page 2 of 3

Date Rcvd: Jul 29, 2026                  Form ID: 318                         Total Noticed: 27

| Recip ID | | Notice | Time | Name and Address |
|---|---|---|---|---|
| 7035276 | + Email/Text: bankruptcydpt@mcmcg.com | | Jul 29 2026 21:35:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego CA 92193-9069 |
| 7035277 | Email/Text: bankruptcy@nationalcreditsystems.com | | Jul 29 2026 21:35:00 | National Credit Systems, Inc., Attn: Bankruptcy, P.O. Box 672288, Atlanta GA 30006 |
| 7035279 | Email/Text: banko@preferredcredit.com | | Jul 29 2026 21:35:00 | Preferred Credit Inc, 628 Roosevelt, St Cloud MN 56301 |
| 7035280 | Email/Text: clientinformation@procollect.com | | Jul 29 2026 21:35:00 | Pro Collect, Inc, Attn: Bankruptcy, 12170 N Abrams Road, Ste 100, Dallas TX 75243 |
| 7035282 | + Email/Text: bankruptcynotifications@ssmhealth.com | | Jul 29 2026 21:36:00 | SSM Health, P. O. Box 28205, Saint Louis MO 63132-0205 |
| 7035283 | + EDI: Q3GTBI | | Jul 30 2026 01:31:00 | The Bureaus Inc, Attn: Bankruptcy, 711 N Edgewood Ave Suite 200, Wood Dale IL 60191-1254 |
| 7035284 | + Email/Text: edbknotices@ecmc.org | | Jul 29 2026 21:35:00 | U.S. Department of Education, Attn: Bankruptcy, 400 Maryland Avenue , Sw, Washington DC 20202-0008 |
| 7035285 | + EDI: CAPITALONE.COM | | Jul 30 2026 01:31:00 | Walmart Credit Services/Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City UT 84130-0285 |

TOTAL: 18

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 7035272 | ##+ | INTEGRIS, PO BOX 268908, Oklahoma City OK 73126-8908 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2026                     Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amanda R Blackwood | on behalf of Plaintiff Ian's Enterprise  LLC amanda@blackwoodlawfirm.com, BlackwoodLawFirmPLLC@jubileebk.net |
| Kim Kramer | trustee@okbklaw.com  KKramer@ecf.axosfs.com;LHamilton@Axosfs.com;bkadmin@axosbank.com |
| Paul Jared Choate | on behalf of Debtor Danielle McCoy paul@chrismudd.com paul@chrismudd.com;shelby@chrismudd.com;shelby@ecf.courtdrive.com;paralegal@chrismudd.com;paralegal_521@ecf.courtdrive.com;jdufur@chrismudd.com;r51514@notify.bestcase.com;leif@ecf.courtdrive.com;leif@chrismudd. |

District/off: 1087-5                         User: admin                              Page 3 of 3

Date Rcvd: Jul 29, 2026                      Form ID: 318                             Total Noticed: 27

Paul Jared Choate

on behalf of Joint Debtor Kylie McCoy paul@chrismudd.com
paul@chrismudd.com;shelby@chrismudd.com;shelby@ecf.courtdrive.com;paralegal@chrismudd.com;paralegal_521@ecf.courtd
rive.com;jdufur@chrismudd.com;r51514@notify.bestcase.com;leif@ecf.courtdrive.com;leif@chrismudd.

United States Trustee

Ustpregion20.oc.ecf@usdoj.gov


TOTAL: 5

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Danielle McCoy** | Social Security number or ITIN **xxx–xx–9143** |
| | First Name    Middle Name    Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Kylie McCoy** | Social Security number or ITIN **xxx–xx–1331** |
| | First Name    Middle Name    Last Name | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **Western District of Oklahoma** | | |
| Case number: **26–11376 – SAH** | | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Danielle McCoy
aka Danielle Louise McCoy, aka Danielle L McCoy, aka Danielle Long

Kylie McCoy
aka Kylie Reanne McCoy, aka Kylie R McCoy

July 28, 2026

**By the court:**    Sarah A. Hall
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318    **Order of Discharge**    page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318 **Order of Discharge** page 2